# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

MARCELLO B. PARKS, # 34361-037    *

Petitioner                        *

v                                 *     Civil Action No. JFM-11-943

                                  *

WARDEN                            *

Respondent                        *

\*\*\*

## MEMORANDUM

Marcello Brian Parks, a federal prisoner at the Federal Correctional Camp in Petersburg, Virginia petitions for writ of habeas corpus under 28 U.S.C. §2241, and challenges the calculation and execution of his sentence.[1] The petition will be dismissed without prejudice for lack of jurisdiction.

The calculation of credit for time served against a federal sentence is governed by 18 U.S.C. §3583, with authority for implementation conferred on the Attorney General and delegated to the Bureau of Prisons (BOP). *See United States v. Wilson*, 503 U.S. 329 (1992). Once administrative remedies available through the BOP are exhausted, a prisoner may seek judicial review of his jail time credits by filing a habeas petition under 28 U.S.C. § 2241. *See United States v. Miller*, 871 F.2d 488, 490 (4th Cir. 1989) (holding that a claim for jail time credits should be brought under § 2241). Petitions under §2241 are usually required to be filed in the judicial district where a petitioner is in custody. *See* 28 U.S.C. §2241(a); *see also Braden v. 30th Judicial Circuit*, 410 U.S. 484, 495-500 (1973); *In re Jones*, 226 F.3d 328, 332-333 (4th Cir. 2000). Assuming arguendo that Parks has exhausted his administrative remedies, he must file his

---

[1] Parks is serving 168 months incarceration for bank robbery. *See United States v. Parks*, Civil Action No. JFM-00-427 (D. Md).

motion for habeas relief in the United States District Court for the Eastern District of Virginia, the judicial district where he is in custody.[2]

The petition will be dismissed without prejudice so that Parks may pursue administrative remedies in the BOP and refile this action in the appropriate district. A separate order follows.

| | |
|---|---|
| __April 28, 2010__<br>Date | /s/<br>J. Frederick Motz<br>United States District Judge |

---

[2] The address for the United States District Court for the Eastern District of Virginia is: Federal Courthouse, 701 East Broad Street, Richmond, VA 23219.

2